UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    TIMOTHY D WILLIAMS<br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-15679-JKF |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 30th day of January, 2020, by first class mail upon those listed below:

TIMOTHY D WILLIAMS
1305 Bath Road
Bristol, PA  19007

**Electronically via CM/ECF System Only:**

DAVID M OFFEN ESQ
THE CURTIS CENTER STE 160W
601 WALNUT STREET
PHILADELPHIA, PA  19106

                                                         */s/ Deborah A. Earnshaw*
                                                         Deborah A. Earnshaw
                                                         for
                                                         Scott F. Waterman, Esquire
                                                         Standing Chapter 13 Trustee