```
                    IN THE UNITED STATE BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     In Re:   Timothy D. Williams        )   Chapter 13
              Debtor                     )
                                         )   No. 19-15679-JKF
                                         )
                                         )
```

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

```
                                    /s/David M. Offen
                                    David M. Offen
                                    Attorney for Debtor(s)
Date:2/21/20
```