```
              IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                    :     CHAPTER 13
                               :
     Timothy D. Williams       :     No. 19-15679-AMC
       Debtor                  :
```

ANSWER TO MOTION OF PENNYMAC LOAN SERVICES, LLC.
FOR RELIEF FROM THE AUTOMATIC STAY

Debtor, by Attorney David M. Offen respectfully submits the following:

The debtor admits to missing payments. The debtor inherited this property along with other family members and he wishes to retain the property. The debtor has been in contact with Pennymac Loan Services, LLC to request a loan modification and asks for the chance to catch up the arrears utilizing the same.

WHEREFORE, the Debtor respectfully requests that the Movant's Motion for Relief be DENIED.

                                                Respectfully submitted,

                                                /s/ David M. Offen
                                                David M. Offen
                                                Attorney for Debtor

Dated: 7/14/20

CERTIFICATE OF SERVICE

The following has been served by electronic mail:

Rebecca A. Solarz on behalf of Pennymac Loan Services, LLC.

Bankruptcy@kmllawgroup.com

                                                /s/ David M. Offen
                                                David M. Offen
                                                Attorney for Debtor

Dated: 7/14/20