| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-15679-AMC

TIMOTHY D WILLIAMS
1305 Bath Road
Bristol  PA   19007

Petition Filed Date: 09/12/2019
341 Hearing Date: 11/15/2019
Confirmation Date: 06/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/13/2019 | $332.50 | 582398 | 12/02/2019 | $332.50 | 584093 | 12/12/2019 | $332.50 | 585765 |
| 12/26/2019 | $332.50 | 587360 | 01/09/2020 | $332.50 | 588958 | 01/22/2020 | $332.50 | 590560 |
| 02/04/2020 | $332.50 | 592743 | 02/21/2020 | $332.50 | 594436 | 03/03/2020 | $332.50 | 596386 |
| 03/18/2020 | $332.50 | 598205 | 04/02/2020 | $332.50 | 599850 | 04/14/2020 | $332.50 | 601350 |
| 04/29/2020 | $332.50 | 603396 | 05/14/2020 | $332.50 | 604293 | 05/27/2020 | $332.50 | 605390 |
| 06/11/2020 | $332.50 | 606265 | 06/25/2020 | $332.50 | 607210 | 07/14/2020 | $332.50 | 608233 |
| 07/23/2020 | $332.50 | 609156 | 08/05/2020 | $332.50 | 610417 | | | |

**Total Receipts for the Period:  $6,650.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $6,650.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Crediors | $1,090.17 | $293.84 | $796.33 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $192.87 | $0.00 | $192.87 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  02P | Priority Crediors | $9,319.05 | $2,511.86 | $6,807.19 |
| 4 | UNITED STATES TREASURY (IRS)<br>»»  02U | Unsecured Creditors | $27,986.72 | $0.00 | $27,986.72 |
| 5 | SPRINT<br>»»  003 | Unsecured Creditors | $1,928.25 | $0.00 | $1,928.25 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»»  004 | Mortgage Arrears | $47,537.53 | $0.00 | $47,537.53 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $2,624.00 | $2,624.00 | $0.00 |

**Chapter 13 Case No. 19-15679-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,650.00 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $5,429.70 | Arrearages: | ($80.00) |
| Paid to Trustee: | $621.80 | Total Plan Base: | $67,820.00 |
| Funds on Hand: | $598.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.