Case 19-15679-amc    Doc 56    Filed 06/21/21    Entered 06/21/21 11:50:19    Desc Main
Document    Page 1 of 2

| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-15679-AMC**

TIMOTHY D WILLIAMS
1305 Bath Road
Bristol  PA   19007

Petition Filed Date: 09/12/2019
341 Hearing Date: 11/15/2019
Confirmation Date: 06/10/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $332.50 | 588958 | 01/22/2020 | $332.50 | 590560 | 02/04/2020 | $332.50 | 592743 |
| 02/21/2020 | $332.50 | 594436 | 03/03/2020 | $332.50 | 596386 | 03/18/2020 | $332.50 | 598205 |
| 04/02/2020 | $332.50 | 599850 | 04/14/2020 | $332.50 | 601350 | 04/29/2020 | $332.50 | 603396 |
| 05/14/2020 | $332.50 | 604293 | 05/27/2020 | $332.50 | 605390 | 06/11/2020 | $332.50 | 606265 |
| 06/25/2020 | $332.50 | 607210 | 07/14/2020 | $332.50 | 608233 | 07/23/2020 | $332.50 | 609156 |
| 08/05/2020 | $332.50 | 610417 | 08/19/2020 | $332.50 | 611202 | 09/03/2020 | $332.50 | 612219 |
| 09/15/2020 | $332.50 | 612890 | 10/02/2020 | $332.50 | 615402 | 10/14/2020 | $332.50 | 616241 |
| 10/29/2020 | $332.50 | 618540 | 11/10/2020 | $332.50 | 619354 | 11/25/2020 | $332.50 | 620515 |
| 12/11/2020 | $332.50 | 621261 | 12/28/2020 | $332.50 | 622239 | 01/22/2021 | $332.50 | 623684 |
| 01/27/2021 | $332.50 | 622993 | 02/02/2021 | $332.50 | 625258 | 02/17/2021 | $332.50 | 626023 |
| 03/02/2021 | $332.50 | 626797 | 03/16/2021 | $332.50 | 627633 | 03/30/2021 | $332.50 | 628690 |
| 04/13/2021 | $332.50 | 629648 | 04/28/2021 | $332.50 | 631190 | 05/11/2021 | $332.50 | 632830 |
| 05/26/2021 | $332.50 | 633822 | 06/08/2021 | $332.50 | 634614 | | | |

**Total Receipts for the Period: $12,635.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,965.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Crediors | $1,090.17 | $1,000.05 | $90.12 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $192.87 | $0.00 | $192.87 |
| 3 | UNITED STATES TREASURY (IRS)<br>»»  02P | Priority Crediors | $9,319.05 | $8,548.67 | $770.38 |
| 4 | UNITED STATES TREASURY (IRS)<br>»»  02U | Unsecured Creditors | $26,478.72 | $0.00 | $26,478.72 |
| 5 | SPRINT<br>»»  003 | Unsecured Creditors | $1,928.25 | $0.00 | $1,928.25 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»»  004 | Mortgage Arrears | $47,537.53 | $0.00 | $47,537.53 |
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $2,624.00 | $2,624.00 | $0.00 |

**Chapter 13 Case No. 19-15679-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,965.00 | Current Monthly Payment: | $1,250.00 |
| Paid to Claims: | $12,172.72 | Arrearages: | $3,855.00 |
| Paid to Trustee: | $1,193.78 | Total Plan Base: | $67,820.00 |
| Funds on Hand: | $598.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.