United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-15679-amc

Timothy D Williams     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jul 14, 2021     Form ID: pdf900     Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy D Williams, 1305 Bath Road, Bristol, PA 19007-2812 |
| 14387469 | + | Aqua, Attn: Bankruptcy, 700 W Sproul Road, Springfield, PA 19064-4001 |
| 14387470 | + | Bristol Township, 2501 Bath Road #1, Bristol, PA 19007-2150 |
| 14387471 | + | Diversified Consultants, Inc., Attn: Bankruptcy, Po Box 679543, Dallas, TX 75267-9543 |
| 14387473 | | N.J. Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695-0245 |
| 14420493 | + | PENNYMAC LOAN SERVICES, LLC, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14387476 | + | PennyMac Loan Services, LLC, 3043 Townsgate Road, Suite 200, Westlake Village, CA 91361-3027 |
| 14429094 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14387477 | + | REIT Energy, 899 Mearns Road, Warminster, PA 18974-2809 |
| 14387478 | + | Suburban Propane, 210 Levittown Parkway, Levittown, PA 19054-3503 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 14 2021 23:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 14 2021 23:28:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14409908 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 14 2021 23:28:00 | IRS, PO BOX 21126, PHILA PA 19114 |
| 14387474 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 14 2021 23:28:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14387475 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2021 23:28:00 | Pennsylvania Department of Revenue, Dept 280946, Harrisburg, PA 17128-0496 |
| 14391546 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 14 2021 23:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14427301 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Jul 14 2021 23:34:03 | Sprint Corp, PO BOX 7949, OVERLAND PARK, KS 66207-0949 |
| 14387479 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 14 2021 23:28:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 14, 2021 | Form ID: pdf900 | Total Noticed: 18

14387472         *          Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DAVID M. OFFEN | on behalf of Debtor Timothy D Williams dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
    TIMOTHY D WILLIAMS

    Debtor

Chapter 13

Bankruptcy No. 19-15679-AMC

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 14, 2021**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE