**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
| | : | |
| Timothy D Williams | : | **No.** 19-15679-AMC |
| **Debtor** | : | |

**ORDER**

AND NOW, this _____ day of _____, 2021, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

**Date: July 26, 2021**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE